United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-80163 |
| JAMISON HAMLIN DYER, | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |
| | § | |
| JAMISON HAMLIN DYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-08004 |
| | § | |
| LINDA CARUSO et al, | § | |
| | § | |
| Defendant(s). | § | |

## ORDER RESETTING PRE-TRIAL CONFERENCE

The pre-trial conference set for August 16, 2024, at 9:30 a.m., is reset to 9:30 a.m. on August 23, 2024, 7th Floor Courtroom, United States Courthouse, 601 Rosenberg, Galveston, TX.

**Parties should reference the Court's website for in person hearing requirements and connection instructions for virtual appearances.**[1]

SO ORDERED.

Signed: July 30, 2024

Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman