United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 31, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXES
## GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-80163** |
| **JAMISON HAMLIN DYER,** | § | |
| | § | **CHAPTER 13** |
| Debtor. | § | |
| | § | |
| **JAMISON HAMLIN DYER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 24-08004** |
| | § | |
| **LINDA CARUSO et al,** | § | |
| | § | |
| Defendant(s). | § | |

### ORDER DISMISSING CASE

This adversary proceeding was filed on April 17, 2024 (ECF No. 1). To date, no summons has been requested or issued in the case. Under Federal Rule of Civil Procedural 4(m), "[if] a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The 90-day-deadline passed on July 16, 2024. As such, the case will be dismissed.

**THEREFORE, IT IS ORDERED** that Case No. 24-08004 is dismissed without prejudice.

Signed: July 31, 2024

Jeffrey P. Norman
United States Bankruptcy Judge