United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 07, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-80163 |
| | § | |
| **JAMISON HAMLIN DYER,** | § | CHAPTER 13 |
| | § | |
| Debtor. | § | |
| | § | |
| **JAMISON HAMLIN DYER,** | § | |
| | § | |
| Plaintiff | § | |
| | § | ADVERSARY NO. 24-08004 |
| vs. | § | |
| | § | |
| **LINDA CARUSO, ET AL** | § | |
| Defendants | § | |

## ORDER GRANTING RECONSIDERATION OF ORDER DISMISSING CASE, ECF NO. 23, 24-08004 AND REINSTATING CASE

This matter is before the Court on the *Debtor's Motion to Reconsider on an Expedited basis the Order (ECF No. 23) Dismissing Case and To Reinstate Case*.

After considering the motion and argument of counsel, the Court **GRANTS** Debtor's Motion to Reconsider on an Expedited Basis the Order (ECF No. 23) Dismissing Case and Reinstate Case.

**THEREFORE IT IS ORDERED** that Adversary Case No. 24-08004 is **REINSTATED** to the active docket of this Court.

**IT IS FURTHER ORDERED** that a Pre-Trial Conference is set on August 23, 2024, at 9:30 a.m. at 7th Floor Courtroom, United States Courthouse, 601 Rosenberg, Galveston, Texas.

**SO ORDERED.**

Signed: August 07, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge